PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00152-SAB |
| Plaintiff, | Citation No.: F5195358 CA-4B |
| v. | |
| HUMERTO LOZANO, | MOTION AND ORDER FOR DISMISSAL; AND RECALL OF WARRANT |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00152-SAB (Citation No. F5195358 CA-4B) against HUMERTO LOZANO, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. It is further requested that the warrant in this matter be recalled.

DATED: July 11, 2023                                    Respectfully submitted,

                                                                  PHILLIP A. TALBERT
                                                                  United States Attorney

                                      By:    /s/ *Jeffrey A. Spivak*
                                                      JEFFREY A. SPIVAK
                                                      Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:18-po-00152-SAB (Citation No. F5195358 CA-4B) against HUMERTO LOZANO be dismissed, without prejudice, and that the warrant in this matter be recalled, all in the interest of justice.

IT IS SO ORDERED.

Dated:   **July 12, 2023**

UNITED STATES MAGISTRATE JUDGE